IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

        Plaintiff,

   vs.

KEVIN WARSOCKI,

        Defendant.

**8:23CR5**

**ORDER**

This matter is before the court on the request of the government to declare this case as complex and to adjust the discovery and pretrial motions deadline during the arraignment on January 30, 2023. The defendant agreed to the request.  The court finds from the representations by counsel for the parties that this case is so unusual and so complex due to the nature of the prosecution, the existence of novel questions of fact and law, and the amount of discovery, it would be unreasonable to expect adequate preparation for pretrial proceedings or for the trial within the time limits established by the Speedy Trial Act. **See** 18 U.S.C.   3161(h)(7)(B)(ii).

       **IT IS ORDERED:**

      1.     The parties shall have **to on or before March 1, 2023** in which to complete discovery and shall have **to on or before April 17, 2023**, in which to file pretrial motions in accordance with the progression order.

      2.     The ends of justice have been served by granting such request and outweigh the interests of the public and the defendant in a speedy trial.  The additional time arising as a result of the granting of the motion, i.e., **from January 30, 2023, through April 17, 2023**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case.  The failure to grant additional time might result in a miscarriage of justice.  18 U.S.C.  3161(h)(7)(A) & (B).

      Dated this 30th day of January, 2023.

                       BY THE COURT:

                       s/ Susan M. Bazis
                       United States Magistrate Judge